Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
frischa@avifrischlaw.com
Attorney ID: 025652006
Attorney for Plaintiff, Care Creations Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CARE CREATIONS INC., d/b/a EDEN FINE ART**<br>Plaintiff,<br>v.<br><br>**JACOB SHOCHAT,**<br>Defendant. | Civil Action No. _____<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Care Creations Inc. (a private non-governmental party) certifies the following:

**Part I**

Complete this portion in all cases. Identify any parent corporation and any publicly held corporation owning 10% or more of the party's stock; if there is no such corporation, the statement shall so state.

Care Creation Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a). Name and identify the citizenship of every individual or entity whose citizenship is attributed to the party for purposes of establishing diversity jurisdiction (the citizenship of a limited liability company is the citizenship of each of its members).

Plaintiff Care Creations Inc. is a corporation incorporated under the laws of the State of New York, with its principal place of business in the State of New York For purposes of 28 U.S.C. § 1332(c)(1), Care Creations Inc. is therefore a citizen of the State of New York.

Dated: July 24, 2026

**THE LAW OFFICE OF AVRAM E. FRISCH LLC**
Attorney for Plaintiff, Care Creation Inc.

By:  /s/ Avram E. Frisch
Avram E. Frisch, Esq.
Attorney ID: 025652006
1 University Plaza, Suite 119
Hackensack, New Jersey 07601
(201) 289-5352
frischa@avifrischlaw.com