AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

CARE CREATIONS, INC. d/b/a EDEN FINE ART )
*Plaintiff* )
v. ) Case No. 2:26-CV-09339-MCA-JRA
JACOB SHOCHAT )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT JACOB SHOCHAT .

Date: 09/17/2026

s/ Raphael M. Rosenblatt
*Attorney's signature*

Raphael M. Rosenblatt (NJ ID: 032511998)
*Printed name and bar number*

ROSENBLATT LAW PC
21 Main Street, Suite #151
Hackensack, NJ 07601
*Address*

raphael@rosenblattlegal.com
*E-mail address*

(551) 444-8100
*Telephone number*

(551) 497-4665
*FAX number*