**Rosenblatt Law PC**
Raphael M. Rosenblatt
NJ Bar No. 032511998
21 Main Street | Suite 151, Hackensack, NJ 07601
Tel: 551.444.8100
raphael@rosenblattlegal.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARE CREATIONS INC., d/b/a EDEN FINE ART,**<br><br>Plaintiff,<br><br>v.<br><br>**JACOB SHOCHAT,**<br><br>Defendant. | **CIVIL ACTION No. 2:26-cv-09339-MCA-JRA**<br><br>**Hon. Madeline Cox Arleo, U.S.D.J.**<br>**Hon. José R. Almonte, U.S.M.J.**<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION FOR SAADIA SHAPIRO WITH CONSENT** |

TO: Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
frischa@avifrischlaw.com

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned, attorneys for Defendant Jacob Shochat ("Defendant"), shall move before the Hon. Jose R. Almonte, U.S.M.J., at the Frank R. Lautenberg U.S. Post Office & Courthouse, 2 Federal Square, Newark, New Jersey 07102, for entry of an Order, pursuant to L. Civ. R. 101.1, granting admission *pro hac vice* of Saadia Shapiro, Esq. to appear on behalf of Defendant.

**PLEASE TAKE FURTHER NOTICE** that after having conferred with counsel for Plaintiff, Care Creations Inc. d/b/a Eden Fine Art, and as set forth in the Certification of Saadia Shapiro accompanying this Motion, Plaintiff consents to the requested admission *pro hac vice*. In support of this motion, Defendant shall rely upon the annexed Certification of Raphael M. Rosenblatt, Esq. and the Certification of Saadia Shapiro, Esq. A proposed Order is also being submitted to the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 101.1, the applicable *pro hac vice* admission fee payable to the Clerk, U.S.D.C. for the District of New Jersey, will be submitted upon entry of the Order, and all other necessary payments will be made.

**LOCAL CIVIL RULE 7.1 STATEMENT**

The undersigned hereby certifies that, to the best of his knowledge, no brief or memorandum of law is necessary in support of the within Motion as the issues raised involve no complicated issues of law.

Date: September 17, 2026

Respectfully submitted,

**/s/**_ *Raphael M. Rosenblatt*

Raphael M. Rosenblatt
NJ Bar No. 032511998
Rosenblatt Law PC |
21 Main Street | Suite
151, Hackensack, NJ 07601
Tel: 551.444.8100
raphael@rosenblattlegal.com