**Rosenblatt Law PC**
Raphael M. Rosenblatt
NJ Bar No. 032511998
21 Main Street | Suite 151
Hackensack, NJ 07601
Tel: 551.444.8100
raphael@rosenblattlegal.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARE CREATIONS INC., d/b/a EDEN FINE ART**,<br><br>Plaintiff,<br><br>v.<br><br>**JACOB SHOCHAT**,<br><br>Defendant. | **CIVIL ACTION No. 2:26-cv-09339-MCA-JRA**<br><br>**Hon. Madeline Cox Arleo, U.S.D.J.**<br>**Hon. José R. Almonte, U.S.M.J.**<br><br>**CERTIFICATION OF RAPHAEL ROSENBLATT IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

RAPHAEL M. ROSENBLATT, ESQ., pursuant to 28 U.S.C. § 1746 and under penalties of perjury, certifies as follows:

1. I am a member of the law firm of Rosenblatt Law PC, 21 Main Street, Suite 151, Hackensack, NJ 07601. I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member in good standing of each of the foregoing bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2. I submit this Certification pursuant to L. Civ. R. 101.1(c) in support of the application for the admission *pro hac vice* of Saadia Shapiro, Esq., Shapiro & Associates, Attorneys at Law, PLLC, 445 Hamilton Ave. 11th Floor, White Plains, New York 10601, to appear in this action as co-counsel for Defendant Jacob Shochat ("Defendant").
3. Mr. Shapiro is a member in good standing of the bar of the State of New York, as well as several federal district courts, as indicated in Mr. Shapiro's accompanying Certification.
4. I am confident that Mr. Shapiro is fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, including Appendix R to the Local Civil Rules, and he has advised me that he will abide by those Rules.
5. Pursuant to L. Civ. R. 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney of record admitted to practice before this Court. Further, I agree to promptly notify Saadia Shapiro, Esq. of the receipt of all notices, orders, and pleadings.
6. If this application is granted, Attorney Shapiro agrees to:

   a. make payment of $250.00 to the Clerk of the U.S. District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the executed Order;

   b. make annual payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a);

   c. abide by New Jersey court rules;

d. notify this Court immediately of any matter affecting his standing at the bar of any other court; and

e. have all pleadings, briefs, and other papers filed with this Court signed by an attorney of record authorized to practice before this Court.

7. Pursuant to L. Civ. R. 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice*.
8. Counsel for Plaintiff, Avram Frisch, Esq. has consented to this application and the *pro hac vice* admission of Mr. Shapiro.
9. Mr. Shapiro has a long-standing relationship with the Defendant Mr. Shochat and thus has unique knowledge of the facts and circumstances underlying this matter, and this *pro hac vice* admission of Mr. Shapiro will assist in this litigation.
10. On behalf of Defendant, I respectfully request that the Court grant the application to have Saadia Shapiro admitted *pro hac vice* to appear and participate in this matter pursuant to L. Civ. R. 101.1(c).

I certify that the foregoing is true and correct to the best of my knowledge and information.

Date: September 17, 2026
Hackensack, New Jersey

By*:* */s/ Raphael M. Rosenblatt*

Raphael M. Rosenblatt