**Rosenblatt Law PC**
Raphael M. Rosenblatt
NJ Bar No. 032511998
21 Main Street | Suite 151, Hackensack, NJ 07601
Tel: 551.444.8100
raphael@rosenblattlegal.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARE CREATIONS INC., d/b/a EDEN FINE ART,**<br><br>Plaintiff,<br><br>v.<br><br>**JACOB SHOCHAT,**<br><br>Defendant. | **CIVIL ACTION No. 2:26-cv-09339-MCA-JRA**<br><br>**Hon. Madeline Cox Arleo, U.S.D.J.**<br>**Hon. José R. Almonte, U.S.M.J.**<br><br>**CERTIFICATION OF SAADIA SHAPIRO IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

Saadia Shapiro, Esq., pursuant to 28 U.S.C. § 1746 and under penalties of perjury, certifies as follows:

1. I am an attorney with the law firm of Shapiro & Associates, Attorneys at Law, PLLC, attorneys for Defendant, Jacob Shochat ("Defendant") in the above-captioned case. As such, I am familiar with the facts and circumstances related to this case.
2. Pursuant to L. Civ. R. 101.1(c)(1), attached hereto as EXHIBIT A is a list of the bars of courts of which I am a member in good standing, the year in which I was admitted, and the address of the office maintaining the roll of members of each such bar.

3. I submit this Certification in support of Defendant's motion pursuant to L. Civ. R. 101.1(c) for my admission *pro hac vice* to appear before this Court in this case.
4. I have personally conferred with Plaintiff's counsel and confirmed that he consents to my admissions *pro hac vice* in this matter.
5. There is currently a disciplinary proceeding pending in the Supreme Court of New York, First Judicial Department known as "In the Matter of Saadia M. Shapiro, an attorney and counselor-at- law: Attorney Grievance Committee for the First Judicial Department ; 1:21-cv-07578 – ER." The matter involves a transaction that occurred in 2020, in which no funds of any kind were received or taken by me. The proceeding currently remains pending and is the subject of a petition for Certiorari before the Supreme Court of United States dated August 21, 2026, alleging a claim of judicial misconduct of the arbitrator.
6. I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure familiarity with these regulations, I have reviewed the Local Rules of this Court.
7. I agree to abide by Local Civil Rule 101.1(c).
8. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, or other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as this Court may deem proper.
9. Pursuant to Local Rule 101.1(c), I agree to pay the required fee to the Clerk of the United States District Court for the District of New Jersey, and I am in good standing with the New Jersey Lawyers' Fund for Client Protection.

10. I further agree, pursuant to Local Rule 101.1(c)(2) to make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

11. If granted *pro hac vice* admission, I will in good faith continue to advise counsel who has moved for this *pro hac vice* admission, Raphael M. Rosenblatt, as to the status of this matter for which *pro hac vice* admission has been granted and all material developments therein.

12. In view of the foregoing, I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Defendant Joseph Shochat in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

I certify that the foregoing is true and correct to the best of my knowledge and information.

Date: September 17, 2026
White Plains, New York

By: */s/ Saadia Shapiro*

Saadia Shapiro

# EXHIBIT A

| Jurisdication | Year Admitted |
|---|---|
| **State of New York**<br>New York State Unified Court System<br>Office of Court Administration<br>Attorney Registration Unit<br>25 Beaver Street, Room 840<br>New York, NY 10004 | **1987** |
| **U.S. Court of Appeals for the Second Circuit**<br>Office of the Clerk<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, New York 10007 | 2023 |
| **U.S. District Court for the Southern District of New York**<br>Office of the Clerk<br>500 Pearl Street<br>New York, NY 10007 | 1988 |
| **U.S. District Court for the Western District of New York**<br>Office of the Clerk<br>Robert H. Jackson United States Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 | 2023 |