**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARE CREATIONS INC., d/b/a EDEN FINE ART,**<br><br>Plaintiff,<br><br>v.<br><br>**JACOB SHOCHAT,**<br><br>Defendant. | **CIVIL ACTION No. 2:26-cv-09339-MCA-JRA**<br><br>**Hon. Madeline Cox Arleo, U.S.D.J.**<br>**Hon. José R. Almonte, U.S.M.J.**<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*** |

This matter having been brought before the Court by Raphael M. Rosenblatt, Esq., of Rosenblatt Law PC, counsel for Defendant Jacob Shochat ("Defendant"), on application for an Order allowing Saadia Shapiro, Esq. to appear and participate *pro hac vice*; and with the consent of Plaintiff's counsel; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this ______ day of ______________, 2026,

**ORDERED** that Saadia Shapiro, Esq., a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Raphael M. Rosenblatt, Esq., of Rosenblatt Law PC, counsel of record for Defendant, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Saadia Shapiro, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year; and it is further

**ORDERED** that Saadia Shapiro, Esq. shall make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Saadia Shapiro, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Saadia Shapiro, Esq. may file a request, the form of which is available at the Court's website, with the Clerk of the Court for pro hac vice counsel to receive electronic notifications in this matter.

____________________________________
Hon. Jose R. Almonte, U.S.M.J.

CC: Hon. Madeline Cox Arleo, U.S.D.J.