**ROSENBLATT LAW PC**
Raphael M. Rosenblatt, Esq.
NJ Bar No. 032511998
21 Main Street | Suite 151
Hackensack, NJ 07601
Tel: 551.444.8100
raphael@rosenblattlegal.com
*Pro Hac Vice*' Sponsoring Attorneys
for Defendant

**SHAPIRO & ASSOCIATES**
**ATTORNEYS AT LAW PLLC**
Saadia Shapiro, Esq.
445 Hamilton Avenue
White Plains, New York 10601
Tel: (212) 606-2000
sshapiro@shapirolawyers.net
*Pro Hac Vice* Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARE CREATIONS INC., d/b/a EDEN FINE ART,**<br><br>Plaintiff,<br><br>v.<br><br>**JACOB SHOCHAT,**<br><br>Defendant. | **CIVIL ACTION No. 2:26-cv-09339-MCA-JRA**<br><br>**Hon. Madeline Cox Arleo, U.S.D.J.**<br>**Hon. José R. Almonte, U.S.M.J.**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT JACOB SHOCHAT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that on November 16, 2026, or as soon thereafter as the matter may be heard, Defendant Jacob Shochat ("Shochat" or "Defendant") will, and hereby does, move before Hon. Madeline Cox Arleo, U.S.D.J., for entry of an order pursuant to Fed. R. Civ. P. 8(a)(2) and 12(b)(6) dismissing the Complaint of Plaintiff Care Creations Inc. d/b/a Eden Fine Art ("Care Creations" or "Plaintiff").

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Defendant will rely upon the accompanying memorandum of law, authorities in support, on the complete files and records in this action, and on such further oral and documentary evidence which may be submitted at the hearing, and upon any further evidence the Court may receive.

Respectfully submitted,

/s/ Saadia Shapiro, Esq.

Saadia Shapiro, Esq.
*Pro hac vice'* Attorneys for Defendant

Raphael M. Rosenblatt, Esq.
*Pro Hac Vice'* Sponsoring Attorneys for Defendant

Dated: October 15, 2026