**ROSENBLATT LAW PC**
Raphael M. Rosenblatt, Esq.
NJ Bar No. 032511998
21 Main Street | Suite 151
Hackensack, NJ 07601
Tel: 551.444.8100
raphael@rosenblattlegal.com
*Pro Hac Vice'* Sponsoring Attorneys for Defendant

**SHAPIRO & ASSOCIATES ATTORNEYS AT LAW PLLC**
Saadia Shapiro, Esq.
445 Hamilton Avenue
White Plains, New York 10601
Tel: (212) 606-2000
sshapiro@shapirolawyers.net
*Pro Hac Vice* Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARE CREATIONS INC., d/b/a EDEN FINE ART,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JACOB SHOCHAT,**<br><br>**Defendant.** | **CIVIL ACTION No. 2:26-cv-09339-MCA-JRA**<br><br>**Hon. Madeline Cox Arleo, U.S.D.J.**<br>**Hon. José R. Almonte, U.S.M.J.**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2</u>

I, RAPHAEL M. ROSENBLATT, ESQ., hereby certify as follows:

1. I am an attorney admitted to practice before this Court and counsel of record for Defendant Jacob Shochat in the above-captioned action.
2. Pursuant to Local Civil Rule 11.2, I certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.
3. I further certify that, to the best of my knowledge, no other action, arbitration, or administrative proceeding is contemplated concerning the matter in controversy.

4. I am not aware of any non-party who should be joined in this action pursuant to Fed. R. Civ. P. 19 or who is subject to joinder pursuant to Fed. R. Civ. P. 20.

I certify that the foregoing statements are true and correct to the best of my knowledge and information.

Dated: October 15, 2026
Hackensack, New Jersey

/s/ Saadia Shapiro, Esq.
Saadia Shapiro, Esq.
*Pro hac vice'* Attorneys for Defendant

Raphael M. Rosenblatt, Esq.
*Pro Hac Vice'* Sponsoring Attorneys for Defendant