**ROSENBLATT LAW PC**
Raphael M. Rosenblatt, Esq.
NJ Bar No. 032511998
21 Main Street | Suite 151
Hackensack, NJ 07601
Tel: 551.444.8100
raphael@rosenblattlegal.com
*Pro Hac Vice'* Sponsoring Attorneys for Defendant

**SHAPIRO & ASSOCIATES ATTORNEYS AT LAW PLLC**
Saadia Shapiro, Esq.
445 Hamilton Avenue
White Plains, New York 10601
Tel: (212) 606-2000
sshapiro@shapirolawyers.net
*Pro Hac Vice* Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARE CREATIONS INC., d/b/a EDEN FINE ART,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JACOB SHOCHAT,**<br><br>**Defendant.** | **CIVIL ACTION No. 2:26-cv-09339-MCA-JRA**<br><br>**Hon. Madeline Cox Arleo, U.S.D.J.**<br>**Hon. José R. Almonte, U.S.M.J.**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## CERTIFICATION OF LOCAL COUNSEL

I, RAPHAEL M. ROSENBLATT, ESQ., hereby certify as follows:

1. I, the undersigned, am an attorney authorized to practice in the State of New Jersey. I am the sponsoring attorney for *Pro Hac Vice'* Saadia Shapiro, Esq., an attorney admitted to practice law in the State of New York, who has been admitted *pro hac vice* in this action.

2. I hereby certify that I sponsored the filing through CM/ECF of Defendant Jacob Shochat's Motion to Dismiss Plaintiff's Complaint and supporting papers, and that I reviewed and approved said filing.

Dated: October 15, 2026
Hackensack, New Jersey

By: ______________________________
Raphael M. Rosenblatt, Esq.
*Pro Hac Vice* Sponsoring Attorney