**ROSENBLATT LAW PC**
Raphael M. Rosenblatt, Esq.
NJ Bar No. 032511998
21 Main Street | Suite 151
Hackensack, NJ 07601
Tel: 551.444.8100
raphael@rosenblattlegal.com
*Pro Hac Vice*' Sponsoring Attorneys for Defendant

**SHAPIRO & ASSOCIATES ATTORNEYS AT LAW PLLC**
Saadia Shapiro, Esq.
445 Hamilton Avenue
White Plains, New York 10601
Tel: (212) 606-2000
sshapiro@shapirolawyers.net
*Pro Hac Vice* Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARE CREATIONS INC., d/b/a EDEN FINE ART,**<br><br>Plaintiff,<br><br>v.<br><br>**JACOB SHOCHAT,**<br><br>Defendant. | **CIVIL ACTION No. 2:26-cv-09339-MCA-JRA**<br><br>**Hon. Madeline Cox Arleo, U.S.D.J.**<br>**Hon. José R. Almonte, U.S.M.J.**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I caused true and correct copies of Defendant Jacob Shochat's Notice of Motion to Dismiss Plaintiff's Complaint, Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), Certification pursuant to Local Civil Rule 11.2, and Proposed Order to be filed with the Clerk of Court and served on all counsel of record via CM/ECF.

Saadia Shapiro, Esq.
*Pro hac vice'* Attorneys for Defendant

Raphael M. Rosenblatt, Esq.
*Pro Hac Vice'* Sponsoring Attorneys
for Defendant