**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARE CREATIONS INC., d/b/a EDEN FINE ART,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JACOB SHOCHAT,**<br><br>**Defendant.** | **CIVIL ACTION No. 2:26-cv-09339-MCA-JRA**<br><br>**Hon. Madeline Cox Arleo, U.S.D.J.**<br>**Hon. José R. Almonte, U.S.M.J.**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**<u>PROPOSED ORDER</u>**

THIS MATTER having come before the Court on the motion of Defendant Jacob Shochat, by and through his attorneys, Rosenblatt Law PC and Shapiro & Associates, Attorneys at Law, PLLC, to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered the submissions of the parties; and for good cause shown;

IT IS on this _____ day of ____________, 2026,

ORDERED that Defendant's Motion to Dismiss is GRANTED; and it is further

ORDERED that Plaintiff's Complaint is hereby DISMISSED; and it is further

ORDERED that the Clerk of Court shall terminate the motion.

**SO ORDERED**

________________________________
HON. MADELINE COX ARLEO, U.S.D.J.