THE LAW OFFICE OF
AVRAM E. FRISCH LLC

**New Jersey Office**
1 University Plaza
Suite 119
Hackensack, NJ 07601

**New York Office**
150 Broadway
Suite 900
New York, NY 10038

**Avram E. Frisch Esq. – Admitted in NY and NJ. Mail to NJ address.**

October 29, 2026

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Via ECF**

Re: Care Creations Inc., d/b/a Eden Fine Art v. Jacob Shochat
Civil Action No. 2:26-cv-09339 (MCA)(JRA)
Automatic Extension of Motion Day Pursuant to L. Civ. R. 7.1(d)(5)

Dear Judge Arleo:

This firm represents Plaintiff Care Creations Inc., d/b/a Eden Fine Art ("Plaintiff"), in the above-referenced matter. On October 15, 2026, Defendant Jacob Shochat filed a motion to dismiss the Complaint (ECF No. 9). The Clerk set the motion for the November 16, 2026 motion day, with opposition papers due November 2, 2026.

Pursuant to L. Civ. R. 7.1(d)(5), Plaintiff respectfully invokes the automatic extension of the motion day for this dispositive motion. The originally noticed motion day has not previously been extended or adjourned. Accordingly, the motion is adjourned to the next available motion day, December 7, 2026. Pursuant to the Rule, Plaintiff's opposition papers will be filed and served on or before November 23, 2026, and Defendant's reply papers, if any, will be due on or before November 30, 2026.

Thank you for Your Honor's attention to this matter.

**SO ORDERED.**

Hon. José R. Almonte, U.S.M.J.
Date: November 2, 2026

Very truly yours,

Avram E. Frisch

201.289.5352 · 866.883.9690 · frischa@avifrischlaw.com · www.avifrischlaw.com

Honorable Madeline Cox Arleo, U.S.D.J.

Cc: Raphael M. Rosenblatt, Esq. (via ECF)
Saadia Shapiro, Esq. (via ECF)
Care Creations Inc., d/b/a Eden Fine Art (via email)